UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELVIS BELEM,

       Plaintiff,

    v.

3AC RESTAURANT, LLC,

       Defendant.

CIVIL ACTION NO.

1:21-CV-04361-CAP

**O R D E R**

This matter is before the court on the parties' joint motion for approval of the settlement agreement.  [Doc. No. 14].  The agreement settles the plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). Judicial review and approval of FLSA settlements is necessary to give settlements final and binding effect.  *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).  A district court "may enter a stipulated judgment after scrutinizing the settlement for fairness."  *Id.*

The court hereby finds that the settlement is fair and reasonable and approves the settlement agreement.  Accordingly, the parties' joint motion for approval of the settlement agreement is GRANTED.  [Doc. No. 14].  The court retains jurisdiction of this matter for the sole purpose of enforcing the terms of the settlement agreement.

The clerk is hereby directed to ADMINISTRATIVELY CLOSE the action.  Following receipt of the final settlement payment, the parties are DIRECTED to file the stipulation of dismissal.

**SO ORDERED** this 29th day of March, 2022.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge